

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2022

*Under Seal*
**BY EMAIL**
Hon. Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States</u> v. <u>Byung Hoon Kim</u>,
             **19 Cr. 392 (AJN)**

Dear Judge Nathan:

    On behalf of both parties, the Government writes in response to the Court's order to provide a joint update to the Court. Since the time of the parties' last joint update, Mr. Byung Hoon Kim testified as a cooperating witness for the Government in the matter of *United States v. Shin*, 19 Cr. 552 (JPC). At this time, the parties request that this matter be unsealed, that the Court direct the Probation Office to prepare a presentence report for Mr. Kim, and that Mr. Kim's sentencing be scheduled for some date after September 16, 2022, which is the date currently set to sentence Edward Shin in *United States v. Shin*.

                                  Very truly yours,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                            by:   /s/
                                  Tara LaMorte / Anden Chow / Jessica Greenwood
                                  Assistant United States Attorneys

cc: Hon. John P. Cronan (by email)       (212) 637-1041 / 2348 / 1090
    Michael Burke, Esq. (by email)

---

These requests are granted. The parties shall appear for Mr. Kim's sentencing on October 6, 2022 at 2:00 p.m. in Courtroom 12D at 500 Pearl Street, NY, NY. Defendant's sentencing submissions are due by September 15, 2022, and the Government's submission is due by September 22, 2022. The Probation Office is ordered to prepare a presentence report for Mr. Kim. The Clerk of the Court is respectfully directed to unseal this case.

SO ORDERED.
Date: June 29, 2022
    New York, New York

                         JOHN P. CRONAN
                         United States District Judge