UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Byung Hoon Kim,

Defendant.

19-cr-___ (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

This matter has been assigned to me for all purposes. A conference and arraignment is hereby scheduled for **Tuesday, June 28, 2019 at 11:00 a.m.** in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

If Defendant anticipates a change of plea, the parties are referred to Rule 6 of the undersigned's Individual Practices in Criminal Cases. In addition, and as applicable, if Defendant anticipates a change of plea, prior to the time set for the conference, the parties shall discuss their respective positions regarding bail conditions or remand following any plea of guilty.

This Order will be filed under seal and delayed docketed.

SO ORDERED.

Dated: May 15, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1