UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Byung Hoon Kim,

Defendant.

---

19-cr-392 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

The Court previously set November 27, 2019 as the sentencing control date for Mr. Kim.

The Court is not in receipt of an update from the parties regarding the sentencing of Mr. Kim.

The parties are directed to provide such an update within seven days of the date of this Order.

This Order will be delay docketed and maintained under seal.

SO ORDERED.

Dated: December 3, 2019
New York, New York

ALISON J. NATHAN
United States District Judge

1