UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/22
```

United States of America,

       –v–

Byung Hoon Kim,

           Defendant.

19-cr-392 (AJN)

SEALED ORDER

ALISON J. NATHAN, District Judge:

Per this Court's sealed memo endorsement dated September 6, 2021, the parties were to

submit a joint status update regarding sentencing by January 7, 2022.  The court is not in receipt

of the letter.  The parties are hereby ORDERED to submit a status letter on or before January 24,

2022.

This Order will be filed under seal and delayed docketed.

SO ORDERED.

Dated: January 18, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge