```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES,                                                         :
                                                                       :
            -v-                                                        :
                                                                       :    19 Cr. 392 (JPC)
BYUNG HOON KIM,                                                        :
                                                                       :       ORDER
                              Defendant.                               :
                                                                       :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

The sentencing scheduled for October 6, 2022 is adjourned until January 26, 2023, at 2:00 p.m. Defendant is directed to file his sentencing submission by January 12, 2023. The Government is directed to file its sentencing submission by January 19, 2023.

SO ORDERED.

Dated: October 4, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge