UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES,                                                     :
                                                                   :
         -v-                                                       :
                                                                   :         19 Cr. 392 (JPC)
BYUNG HOON KIM,                                                    :
                                                                   :              ORDER
                        Defendant.                                 :
                                                                   :
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      The sentencing scheduled for January 26, 2023 is adjourned until February 2, 2023, at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: January 26, 2023
      New York, New York
                                                        JOHN P. CRONAN
                                               United States District Judge